UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES SHARKEY,

        Plaintiff,

v.

COUNTY OF CLARK, *et al.*,

        Defendants.

Case No. 2:20-cv-00394-KJD-VCF

**ORDER**

**I.    DISCUSSION**

    This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections. Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. (ECF No. 1). The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within **thirty (30) days** from the date of this order or pay the full filing fee of $400. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing fee is resolved.

**II.    CONCLUSION**

    For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

    IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

    IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

    IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

    / / /

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint |
| 2 | (ECF No. 1-1) but shall not file it at this time. |
| 3 | DATED: 2-28-2020 _____ |

_____
UNITED STATES MAGISTRATE JUDGE